UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dora Brown
_____
Write the full name of each plaintiff.

-against-

Microsoft Corporation
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**19 CV 6649**

___CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Dora Brown__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __MICROSOFT CORPORATION__, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __MICROSOFT CORPORATION__, is incorporated under the laws of the State of __WASHINGTON__

and has its principal place of business in the State of __WASHINGTON__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __WASHINGTON__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__DORA__            __I__              __BROWN__
First Name       Middle Initial    Last Name

__14 East 28 Street #236__
Street Address

__New York__     __New York__    __10016__
County, City        State         Zip Code

__(646) 629-8002__              __dorabrown520@gmail.com__
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Microsoft Corporation**
First Name          Last Name

_____
Current Job Title (or other identifying information)

**One Microsoft Way**
Current Work Address (or other address where defendant may be served)

**Redmond**           **WA**           **98052**
County, City          State            Zip Code

Defendant 2: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State            Zip Code

Defendant 3: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State            Zip Code

Defendant 4:

First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: RESIDENCE #236  14 EAST 28 STREET #236 NYC

Date(s) of occurrence: CONTINUOUS AND CURRENTLY

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I just received another 34 page service agreement from Microsoft, the 3rd in the past 2 years, with updates. In all these agreements it is my data that seems to be claimed by Microsoft. As is, the first six months of last year, my 'work' disappeared from the "cloud" Microsoft blamed Apple, saying the Word app was on the Apple iPad, Apple blamed Microsoft, needless to say, I lost 6 months of data. At present Microsoft Outlook.com my email provider has locked my email that I use for my website and has in spite of providing all the information it requests, keeps upting the ante, and demanding more. I have in frustration changed my website email address to gmail since I cannot access my outlook.com email. The other outlook email address has also compromised since my emails do not arrive daily and are subject to disappear. I called Apple the device owner, and to tech support and my website tech support, it all backed down to issues with Microsoft. My computer uses Windows 10 operating system and I needed to use it to back up my iPhone and iPad, using 1 times again there were issues with Windows. Both Verizon and Apple attempted to troubleshoot, but always the issue would be Microsoft. I tried to back up my iPad, Windows installed Dropbox which ended up installed on my desktop. Apps from McAfee my security company were installed in spite of tier 2 McAfee tech support uninstalling them and Microsoft Windows installed apps that I

Page 5

would remove and would appear again. Windows has blocked Time Warner Cable and Spectrum from being my internet providers making it impossible for the internet to work. Now this is happening with Verizon which is forcing me with a hotspot since the two internet providers had was being controlled by Microsoft Windows and also controls my printer which is connected to Microsoft Windows op sys on my computer. This has been going on for years but it has become unbearable especially since Outlook.com enabled my subscriber sign up for email and other Dropbox accounts by stolen whilst they are from accessing my email with divisomans instructions. I presently have 4 lawsuits against my website hosts but Microsoft needs to be added to that.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SUFFER FROM ASTHMA AND AN ADVERSE REACTION TO ADVAIR THAT HAS CREATED A DISEASE SARCOIDOSIS WHICH HAS NO CURE BUT IN ANY CASE, IS AGGRAVATED BY STRESS CREATING ISSUES THAT ONLY NAPROXEN (PAIN MEDICATION) AND THE USE OF A NEBULIZER CAN MITIGATE. BOTH MEDICATIONS PRESCRIBED BY MY PCP.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

FOR THE LOSS OF DATA AND THE CONTINUING ABUSE OF MY CIVIL, LEGAL, INTELLECTUAL PROPERTY RIGHTS, I WOULD LIKE MICROSOFT, WHICH DOES LIMIT THE AMOUNT IT CAN BE HELD LIABLE FOR, TO PAY THE FULL AMOUNT IT HAS AGREED TO IF FOUND LIABLE.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

07.16.19
Dated

Plaintiff's Signature

Dora     I     Brown
First Name    Middle Initial    Last Name

14 East 28 Street #236
Street Address

New York    New York    10016
County, City    State    Zip Code

(646) 629-8002    dorabrown520@gmail.com
Telephone Number    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15