UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA I. BROWN,

                Plaintiff,

-against-

MICROSOFT CORPORATION,

                Defendant.

19-CV-6649 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

      By order dated August 9, 2019, the Court dismissed Plaintiff's complaint for lack of subject matter jurisdiction. ECF No. 5. For the following reasons, the Court directs the Clerk of Court to vacate the order of dismissal and the civil judgment. (ECF No. 5, 6.)

      A judge is required to recuse herself from "any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Pursuant to § 455(b)(4), the Court recuses herself from this matter.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 12, 2019
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge

2